**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DONNIE CANTRELL

    Plaintiff,

v.                                                    No. 12-cv-0129 KBM/SMV

BNSF RAILWAY, CO.,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a telephonic Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc.15], filed on July 13, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 19], filed concurrently herewith.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**