IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNIE CANTRELL,

    Plaintiff,

v.                                                 No. 12-cv-0129 KBM/SMV

BNSF RAILWAY CO.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Continue Settlement Conference [Doc. 29].  Plaintiff requests that the Court reschedule the settlement conference to a later date.  The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion to Continue Settlement Conference [Doc. 29] is **GRANTED**.  The Court's Order Setting Settlement Conference [Doc. 21] is **VACATED**.  The settlement conference set for February 8, 2013, is also **VACATED**.

**IT IS FURTHER ORDERED** that a telephonic status conference is set for **10:30 a.m. on Thursday, February 21, 2013**.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**