IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNIE CANTRELL,

    Plaintiff,

v.                                                                         No. 12-cv-0129 KBM/SMV

BNSF RAILWAY CO.,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   Tuesday, March 5, 2013, at 10:30 a.m.

**Matter to be heard**:  Choosing a date for a settlement conference.

    **IT IS ORDERED** that a status conference is hereby set for **Tuesday, March 5, 2013**, at **10:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                       **STEPHAN M. VIDMAR**
                                                                                      **United States Magistrate Judge**