# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

DONNIE CANTRELL,

    Plaintiff,

v.                                           CIV 12CV129 KBM/SMV

BNSF RAILWAY COMPANY,
f/k/a Burlington Northern and
Santa Fe Railway Company

    Defendant.

## **FINAL JUDGMENT**

On February 21, 2013, Defendant BNSF Railway Company filed a Motion for Summary Judgment (*Doc. 34*), seeking dismissal of this matter. A Memorandum Opinion and Order granting the motion has been entered contemporaneously with this Final Judgment. This Final Judgment, in compliance with Rule 58 of the Federal Rules of Civil Procedure, adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that final judgment is entered in favor of Defendant on Plaintiff's claims, which are **DISMISSED** in their entirety.

                                                  _____
                                                  UNITED STATES CHIEF MAGISTRATE JUDGE